# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0242
Lower Tribunal No. 21-CF-015489

_____

ISRAEL BRIAN MEJIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Christine H. Greider, Judge.

August 4, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and KAMOUTSAS, JJ., concur.


Olivia M. Goodman, of O'Brien Hatfield, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Lara E. Breslow, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED